# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ANNA RASLAVICH, individually,
and on behalf of all others similarly situated,

    Plaintiff,

v.                                                                  Case No.: 8:22-cv-01855-CEH-SPF

SPANX, INC., and SPANX, LLC,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff ANNA RASLAVICH, and pursuant to Rule 41(a)(1)(A)(ii) files this Stipulation of Dismissal *with* Prejudice.

DATED: October 28, 2022

Respectfully submitted by:

| | |
|---|---|
| /s/ Dale T. Golden | /s/ Bety Javidzad |
| Dale T. Golden, Esq. | Bety Javidzad, Esq. |
| Florida Bar No.: 0094080 | DENTONS US LLP |
| **GOLDEN SCAZ GAGAIN, PLLC** | Admitted Pro Hac Vice |
| 1135 Marbella Plaza Drive | 601 South Figueroa Street, Ste. 2500 |
| Tampa, Florida 33619 | Los Angeles, CA 90017 |
| Phone: (813) 251-5500 | Telephone: 213-243-6115 |
| dgolden@gsgfirm.com | bety.javidzad@dentons.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |