UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANNA RASLAVICH,

    Plaintiff,

v.                                      Case No: 8:22-cv-1855-CEH-SPF

SPANX, LLC,

    Defendant.
_____/

## **O R D E R**

Before the Court is the Plaintiff's Stipulation of Dismissal With Prejudice (Doc. 31). In accord with the Stipulation of Dismissal With Prejudice, it is **ORDERED**:

    1)    This cause is dismissed, with prejudice.

    2)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on October 28, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record